# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK DONTE BOOKER,  )<br>  )<br>  Petitioner,  )<br>  )<br>v.  )<br>  )<br>SUPERINTENDENT MARK CAPOZZA,  )<br>THE ATTORNEY GENERAL OF THE  )<br>STATE OF PENNSYLVANIA, and THE  )<br>DISTRICT ATTORNEY OF  )<br>ALLEGHENY COUNTY,  )<br>  )<br>  Respondents.  ) | Civil Action No. 2: 18-cv-0091<br><br>Chief United States Magistrate Judge<br>Cynthia Reed Eddy |

## AMENDED ORDER

**AND NOW**, this 13th day of August, 2020, for the reasons set forth in the accompanying Memorandum Opinion, the Petition for Writ of Habeas Corpus is **DENIED**. A certificate of appealability is likewise **DENIED.**

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rule of Appellate Procedure.

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: **FRANK DONTE BOOKER**
LJ8774
48 Overlook Dr.
LaBelle, PA 15450
(via U.S. First Class Mail)

**C. Leon Sherman**
Allegheny County District Attorney
(via ECF electronic notification)